UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

QING WING YE,

                    Plaintiff,                                    09-CV-3239

                                                        **DEFAULT JUDGEMENT**

XIN WEI ENTERPRISES, INC. and
WEI LIN,

                    Defendants.

------------------------------------x

This action having been commenced on July 28, 2009 by the filing of the

Summons and Complaint. A copy of the Summons and Complaint having been served on

the defendant, XIN WEI ENTERPRISES, INC., on August 14, 2009 by United Process

Service, Inc. through NYS Secretary of State, and a proof of service having been filed on

March 22, 2010. A copy of the Summons and Complaint having been served on the

defendant, WEI LIN, on August 12, 2009 by United Process Service, Inc. through

personal service, and a proof of service having been filed on March 22, 2010. The

defendant not having answered the Complaint, and the time for answering the Complaint

having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment

against defendant for (i) unpaid wages in the amount of $7,003, (ii) federal liquidated

damages in the amount of $7,003, (iii) New York State liquidated damages in the amount

of $1,750 and (iv) attorneys fees and expenses in the amount of $8,500, amounting in all

to $24,256.

Dated: New York, New York
            May 14, 2010

/Signed by Judge Amon/
                                        U.S.D.J.

This document was entered on the docket
                    on _____.